UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.

*************************************
**SYLVIA LAMB**            *
                           *
        **Plaintiff**      *
                           *
v.                         *
                           *
**WELLS FARGO BANK, N.A.,** *
**TRUSTEE,**               *
                           *
        **Defendant**      *
*************************************

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

NOW COMES the Defendant, Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement Dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates Series 2006-FR3, incorrectly named in the caption ("Wells Fargo"), by and through their attorneys Doonan, Graves & Longoria LLC, and respectfully states the following:

1. Wells Fargo has been named defendant to the civil action that is now pending in the Land Court, for the Commonwealth of Massachusetts, entitled Sylvia Lamb v. Wells Fargo Bank, N.A., Trustee Civil Docket No.: 09 MISC 418002.

2. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 1332, since it is a civil action and diversity exists between the parties.

1

3. The plaintiff in this action is a resident of Massachusetts and currently resides in Fitchburg, Massachusetts.

4. The Defendant, Wells Fargo is a trust company with its headquarters located at 9062 Old Annapolis Road, Columbia, Maryland 21045

5. No prior removal of this action has been attempted.

6. The removal of this action is timely under the provisions of 28 U.S.C. § 1446(b) as Wells Fargo has thirty days from the date of service of the initial pleading to remove to federal court.

7. Copies of all pleadings received by the Defendants in this proceeding are attached hereto.

WHEREFORE the Defendant, Wells Fargo Bank, NA as Trustee under Pooling and Servicing Agreement Dated as of July 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates Series 2006-FR3 hereby requests that this Court accept jurisdiction over this matter.

Respectfully Submitted,

Dated: 12/14/09

Reneau J. Longoria Esq. (BBO #635118)
John A. Doonan (BBO# 547838)
DOONAN, GRAVES & LONGORIA, LLC
100 Cummings Center Suite 225D
Beverly, MA 01915
(978) 921-2670